Turner P. Smith
L.P. Harrison 3rd
Andrew H. Seiden
Peter J. Behmke
101 Park Avenue
New York, New York 10178
*Counsel for Lehman Brothers Holdings Inc., Lehman Brothers Special Financing Inc., Lehman Brothers Commodity Services Inc. and Lehman Brothers Commercial Corp.*
     -and-
Daniel P. Cunningham
Andrew J. Rossman
James C. Tecce
51 Madison Avenue, 22nd Floor
New York, New York 10010
*Special Counsel for Official Committee of Unsecured Creditors of Lehman Brothers Holdings Inc.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------X

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | Case No. 08-13555 (JMP) |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | : | |
| | : | |
| Debtors. | : | |

---------------------------------------------------------------X

| | | |
|---|---|---|
| LEHMAN BROTHERS HOLDINGS INC., LEHMAN BROTHERS SPECIAL FINANCING INC., LEHMAN BROTHERS COMMODITY SERVICES INC., LEHMAN BROTHERS COMMERCIAL CORP., and OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF LEHMAN BROTHERS HOLDINGS INC., | : : : : : : : | Adversary Proceeding No.: 12-01044 (JMP) |
|          Plaintiffs and<br>         Plaintiff Intervenor, | : : : | |
|      -against- | : : | |
| CITIBANK, N.A., CITIGROUP GLOBAL MARKETS LTD., CITIGROUP FINANCIAL PRODUCTS INC., CITIGROUP ENERGY INC., CITI CANYON LTD., and CITI SWAPCO INC., | : : : : : : : : | **STIPULATION AND [PROPOSED] ORDER EXTENDING DEFENDANTS' AND DEFENDANT INTERVENORS' TIME TO ANSWER THE SECOND AMENDED COMPLAINT** |
|          Defendants. | : | |

---------------------------------------------------------------X

Plaintiffs Lehman Brothers Holdings Inc., Lehman Brothers Commercial Corp., Lehman Brothers Special Financing Inc., Lehman Brothers Commodity Services Inc., and the Official Committee of Unsecured Creditors of Lehman Brothers Holdings Inc. ("Plaintiffs"), having filed the Complaint and Claims Objection against Defendants Citibank, N.A. ("Citibank"), Citigroup Global Markets Ltd. ("CGML"), Citigroup Financial Products Inc. ("CFPI"), Citigroup Energy Inc. ("Citi Energy"), and Citi Canyon Ltd. ("Citi Canyon") on February 8, 2012 (the "Complaint"); and Citibank, CGML, CFPI, Citi Energy, and Citi Canyon having timely answered the Complaint on May 8, 2012; and Plaintiffs having filed the First Amended Complaint and Claims Objection against Citibank, CGML, CFPI, Citi Energy, Citi Canyon, and Citi Swapco Inc. ("Swapco," and together with Citibank, CGML, CFPI, Citi Energy, and Citi Canyon, "Defendants") on November 16, 2012 (the "First Amended Complaint"); and Defendants having timely answered the First Amended Complaint on February 14, 2013; and FYI Ltd., FFI Fund Ltd., and Olifant Fund, Ltd. (together, "Defendant Intervenors") having answered the First Amended Complaint on March 28, 2013; and Plaintiffs having filed a Second Amended Complaint and Claims Objection against Defendants and Defendant Intervenors on January 29, 2014 (the "Second Amended Complaint"); and Plaintiffs, Defendants, and Defendant Intervenors having stipulated to an extension of the time within which Defendants and Defendant Intervenors may answer or otherwise respond to the Second Amended Complaint, the Court hereby Orders Defendants and Defendant Intervenors to answer or otherwise respond to the Second Amended Complaint by February 28, 2014.

*[Remainder of Page Intentionally Left Blank]*

Dated: New York, New York
January 30, 2014

| CURTIS, MALLET-PREVOST, COLT & MOSLE LLP | QUINN EMANUEL URQUHART & SULLIVAN, LLP |
|---|---|
| By: _/s/ Turner P. Smith_<br>Name: Turner P. Smith<br>Title: Partner<br>*Counsel for Lehman Brothers Holdings Inc., Lehman Brothers Special Financing Inc., Lehman Brothers Commodity Services Inc. and Lehman Brothers Commercial Corp.* | By: _/s/ Andrew J. Rossman_<br>Name: Andrew J. Rossman<br>Title: Partner<br>*Special Counsel for Official Committee of Unsecured Creditors of Lehman Brothers Holdings Inc., et al.* |
| **PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP** | **ROPES & GRAY LLP** |
| By: _/s/ Claudia L. Hammerman_<br>Name: Claudia L. Hammerman<br>Title: Partner<br>*Counsel for Citibank, N.A., Citigroup Global Markets Ltd., Citigroup Financial Products Inc., Citigroup Energy Inc., Citi Canyon Ltd., and Citi Swapco Inc.* | By: _/s/ James A. Wright_<br>Name: James A. Wright, III<br>Title: Counsel<br>*Counsel for FYI Ltd., FFI Fund Ltd., and Olifant Fund, Ltd.* |

**SO ORDERED:**

Dated: New York, New York
_____, 2014

_____
UNITED STATES BANKRUPTCY JUDGE