UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re<br>**LEHMAN BROTHERS HOLDINGS, INC.,**<br>et al.,<br>                    *Debtors.* | Chapter 11<br>Case No. 08-13555 (SCC)<br>(Jointly Administered) |
| **LEHMAN BROTHERS HOLDINGS INC., LEHMAN BROTHERS SPECIAL FINANCING INC., LEHMAN BROTHERS COMMODITY SERVICES INC., LEHMAN BROTHERS COMMERCIAL CORP.,** and **OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF LEHMAN BROTHERS HOLDINGS INC.,** et al.,<br>                    *Plaintiffs and*<br>                    *Plaintiff Intervenor,*<br><br>-against-<br><br>**CITIBANK, N.A., CITIGROUP GLOBAL MARKETS LTD., CITIGROUP FINANCIAL PRODUCTS INC., CITIGROUP ENERGY INC., CITI CANYON LTD. CITISWAPCO INC., FYI LTD., FFI FUND LTD.,** and **OLIFANT FUND, LTD.,**<br>                    *Defendants and*<br>                    *Defendant Intervenors.* | Adv. Proc. No. 12-01044 (SCC) |

## ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

Upon the motion of Amanda R. Phillips, Esq., to be admitted, ***pro hac vice***, to represent FYI Ltd., FFI Fund Ltd., and Olifant Fund Ltd., in the above-captioned case, and upon the movant's certification that the movant is a member in good standing of the bars of the Commonwealth of Massachusetts and the State of New Hampshire and is admitted to practice in

the United States Court of Appeals for the Federal Circuit and the United States Court of Appeals for Veterans Claims, it is hereby:

**ORDERED**, that Amanda R. Phillips, Esq., is admitted to practice, *pro hac vice*, in the above-captioned case, to represent FYI Ltd., FFI Fund Ltd., and Olifant Fund Ltd. in the United States Bankruptcy Court for the Southern District of New York.

Dated: May 8, 2014
New York, New York

                */s/ Shelley C. Chapman*
                HONORABLE SHELLEY C. CHAPMAN
                UNITED STATES BANKRUPTCY JUDGE

43113015_1