**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re | : |
| **LEHMAN BROTHERS HOLDINGS, INC.,** | : |
| **et al.,** | : |
| *Debtors.* | : |
| | : |
| | : |
| **LEHMAN BROTHERS HOLDINGS INC.,** | : |
| **LEHMAN BROTHERS SPECIAL FINANCING** | : |
| **INC., LEHMAN BROTHERS COMMODITY** | : |
| **SERVICES INC., LEHMAN BROTHERS** | : |
| **COMMERCIAL CORP., and OFFICIAL** | : |
| **COMMITTEE OF UNSECURED CREDITORS** | : |
| **OF LEHMAN BROTHERS HOLDINGS INC.,** | : |
| **et al.,** | : |
| *Plaintiffs and* | : |
| *Plaintiff Intervenor,* | : |
| | : |
| *-against-* | : |
| | : |
| **CITIBANK, N.A., CITIGROUP GLOBAL** | : |
| **MARKETS LTD., CITIGROUP FINANCIAL** | : |
| **PRODUCTS INC., CITIGROUP ENERGY INC.,** | : |
| **CITI CANYON LTD. CITISWAPCO INC., FYI** | : |
| **LTD., FFI FUND LTD., and OLIFANT FUND,** | : |
| **LTD.,** | : |
| *Defendants and* | : |
| *Defendant Intervenors.* | : |
| | : |

Chapter 11
Case No. 08-13555 (SCC)
(Jointly Administered)

Adv. Proc. No. 12-01044 (SCC)

## <u>ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*</u>

Upon the motion of Catherine A. Mondell, Esq., to be admitted, ***pro hac vice***, to represent FYI Ltd., FFI Fund Ltd., and Olifant Fund Ltd., in the above-captioned case, and upon the movant's certification that the movant is a member in good standing of the bar of the Commonwealth of Massachusetts and is admitted to practice in the United States Court of

Appeals for the First and Fifth Circuits and the United States District Courts for the District of

Massachusetts, it is hereby:

**ORDERED**, that Catherine A. Mondell, Esq., is admitted to practice, ***pro hac vice***, in the

above-captioned case, to represent FYI Ltd., FFI Fund Ltd., and Olifant Fund Ltd. in the United

States Bankruptcy Court for the Southern District of New York.


Dated: May 8, 2014
New York, New York


*/s/ Shelley C. Chapman*
HONORABLE SHELLEY C. CHAPMAN
UNITED STATES BANKRUPTCY JUDGE