James B. Heaton, III
BARTLIT BECK HERMAN
PALENCHAR & SCOTT LLP
Courthouse Place
54 West Hubbard Street, Suite 300
Chicago, IL 60654
*Attorneys for Citi Defendants*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>LEHMAN BROTHERS HOLDINGS INC., *et al.*,<br><br>        Debtors. | Chapter 11<br>Case No. 08-13555 (SCC) |
| LEHMAN BROTHERS HOLDINGS INC., LEHMAN BROTHERS SPECIAL FINANCING INC., LEHMAN BROTHERS COMMODITY SERVICES INC., LEHMAN BROTHERS COMMERCIAL CORP., AND OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF LEHMAN BROTHERS HOLDINGS INC.,<br><br>            Plaintiffs and<br>            Plaintiff Intervenor<br><br>- against -<br><br>CITIBANK, N.A., CITIGROUP GLOBAL MARKETS LTD., CITIGROUP FINANCIAL PRODUCTS INC., CITIGROUP ENERGY INC., CITI CANYON LTD., and CITI SWAPCO INC.,<br><br>            Defendants. | Adversary Proceeding<br>No. 12-01044 (SCC) |

**NOTICE OF APPEARANCE AND REQUEST FOR NOTICES AND PAPERS
<u>ON BEHALF OF CITIBANK, N.A. ET AL.</u>**

PLEASE TAKE NOTICE that the undersigned appears as counsel for

Citibank, N.A., Citigroup Global Markets Ltd., Citigroup Financial Products Inc.,

Citigroup Global Energy Inc., Citi Canyon Ltd., and Citi Swapco Inc., and requests that

copies of all notices and pleadings in this proceeding be given and served upon the undersigned at the following address:

>James B. Heaton, III
>BARTLIT BECK HERMAN
>PALENCHAR & SCOTT LLP
>Courthouse Place
>54 West Hubbard Street, Suite 300
>Chicago, IL 60654
>Tel. No. (312) 494-4425
>Fax No. (312) 494-4440
>jb.heaton@bartlit-beck.com

Dated:   New York, New York
         May 8, 2014

>BARTLIT BECK HERMAN PALENCHAR & SCOTT LLP
>
>By:   /s/ James B. Heaton, III
>      James B. Heaton, III
>
>*Attorneys for Citibank, N.A., Citigroup Global Markets Ltd., Citigroup Financial Products Inc., Citigroup Global Energy Inc., Citi Canyon Ltd., and Citi Swapco Inc.*