**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------------X
In re:                                                                   :    Chapter 11
                                                                         :    Case No. 08-13555 (SCC)
LEHMAN BROTHERS HOLDINGS INC., *et al.,*                                 :
                                                                         :
                                                                         :
                        Debtors.                                         :
------------------------------------------------------------------------X
LEHMAN BROTHERS HOLDINGS INC., LEHMAN                                    :    Ad. Pro. No. 12-01044 (SCC)
BROTHERS SPECIAL FINANCING INC., LEHMAN                                  :
BROTHERS COMMODITY SERVICES INC., LEHMAN                                 :
BROTHERS COMMERCIAL CORP., and                                           :
OFFICIAL COMMITTEE OF UNSECURED                                          :
CREDITORS OF LEHMAN BROTHERS HOLDINGS                                    :
INC.,                                                                    :
                        Plaintiffs and                                   :
                        Plaintiff Intervenor,                            :
                                                                         :
-against-                                                                :
                                                                         :
                                                                         :
CITIBANK, N.A., CITIGROUP GLOBAL MARKETS                                 :
LTD., CITIGROUP FINANCIAL PRODUCTS INC.,                                 :
CITIGROUP ENERGY INC., CITI CANYON LTD., and                             :
CITI SWAPCO INC., FYI LTD., FFI FUND LTD., and                           :
OLIFANT FUND, LTD.,                                                      :
                        Defendants and                                   :
                        Defendant Intervenors.                           :
------------------------------------------------------------------------X

**STIPULATION AND SCHEDULING ORDER FOR PLAINTIFFS' MOTION FOR**
**PARTIAL SUMMARY JUDGMENT**

IT IS HEREBY STIPULATED AND AGREED, by the parties Lehman Brothers Holdings Inc., Lehman Brothers Special Financing Inc., Lehman Brothers Commodity Services Inc., Lehman Brothers Commercial Corp., and the Official Committee of Unsecured Creditors of Lehman Brothers Holdings Inc. (collectively, "Plaintiffs") and Citibank, N.A., Citigroup Global Markets Ltd., Citigroup Financial Products Inc., Citigroup Energy Inc., Citi Canyon Ltd., and Citi Swapco Inc. (collectively, "Defendants"), through the undersigned counsel, subject to the approval of the Court, that the following schedule shall govern briefing on Plaintiffs' motion for

1

partial summary judgment on the issue of Defendants' asserted right to post-petition interest, fees, and costs (the "Motion").

1. Plaintiffs shall file the Motion (and any accompanying brief) with the Court on any date after June 1, 2014.

2. Defendants shall file their response to the Motion no later than 45 days from the date the Motion is filed.

3. Plaintiffs shall file any reply in further support of the Motion no later than 30 days from the date of Defendants' response.

Dated: May 21, 2014
New York, New York

CURTIS, MALLET-PREVOST, COLT & MOSLE, LLP
By: /s/ Peter J. Behmke
Lynn Harrison 3rd
Peter J. Behmke

101 Park Avenue
New York, New York 10178
Telephone: 212 696 6000
Facsimile: 212 697 1559
Email: lharrison@curtis.com
       pbehmke@curtis.com

*Counsel for Lehman Brothers Holdings Inc., Lehman Brothers Special Financing Inc., Lehman Brothers Services Inc. and Lehman Brothers Commercial Corp.*

QUINN EMANUEL URQUHART & SULLIVAN, LLP
By: */s/ Susheel Kirpalani*
Susheel Kirpalani
Andrew Rossman
James C. Tecce
Eric M. Kay

51 Madison Avenue, 22nd Floor
New York, New York 10010
Telephone: (212) 849-7000
Facsimile: (212) 849-7100
Email: susheelkirpalani@quinnemanuel.com
andrewrossman@quinnemanuel.com
jamestecce@quinnemanuel.com
erickay@quinnemanuel.com

*Counsel for Official Committee of Unsecured Creditors of Lehman Brothers Holdings Inc.*, *et al.*

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
By: */s/ Stephen J. Shimshak*
Stephen J. Shimshak
Claudia Hammerman
William Clareman

1285 Avenue of the Americas
New York, NY 10019-6064
Telephone: (212) 373-3000
Facsimile: (212) 757-3990
Email: sshimshak@paulweiss.com
chammerman@paulweiss.com
wclareman@paulweiss.com

*Counsel for Citibank, N.A., Citigroup, Global Markets Ltd., Citigroup, Financial Products Inc., Citigroup Energy Inc., Citi Canyon Ltd., and Citi Swapco Inc.*

**IT IS SO-ORDERED:**
May 23, 2014
New York, New York

*/s/ Shelley C. Chapman*
HONORABLE SHELLEY C. CHAPMAN
UNITED STATES BANKRUPTCY JUDGE